UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Lajoel Theodore Rouse, | ) | C/A No.: 6:05-cr-01173-GRA-1 |
| | ) | C/A No.: 6:08-cv-70062-GRA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (Written Opinion) |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court upon the petitioner's Motion to Alter Judgement. The petitioner requests that this Court vacate its June 17, 2009 order denying the petitioner's "Motion for an Extraordinary Remedy." The petitioner brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The petitioner argues that his motion was filed within the one year time period under Rule 60(c) and so it should not have been dismissed as untimely. However, the one year time limit applies to those motions brought under Rule 60(b)(1), (2) and (3). The petitioner brought his motion under 60(b)(4). A motion under Rule 60(b)(4) must be brought within a reasonable time. Based on the totality of the situation, the petitioner's case was not brought within a reasonable time. Additionally, as noted in

the previous order there is no cause for this Court to set aside its June 10, 2008 Order.  Therefore, the petitioner's request is DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

July 14, 2009

NOTICE OF RIGHT TO APPEAL

Petitioner is hereby notified that he has the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.  Failure to meet this deadline, as modified within Rule 4, will waive the right to appeal.